UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**BEVERLY GRISSOM,**

Case No. 20-42695
Chapter: 13

Debtor.

Judge: Successor to Judge Shefferly

_____/

DECLARATION UNDER PENALTY OF PERJURY
pursuant to 28 U.S.C. 1746

I, Beverly Grissom, was not legally obligated to file my 2015, 2016, or 2018 City of Detroit Tax Returns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/19/21    Signature: _Beverly Grissom_
    Date                        Beverly Grissom